THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* WILBERT PALMER, a/k/a WILBERT T. PALMER, Defendant-Appellant.

(No. 58115;

First District (4th Division)—February 6, 1974.

Opinion by Mr. PRESIDING JUSTICE ADESKO.

James J. Doherty, Public Defender, of Chicago, for appellant.

Bernard Carey, State's Attorney, of Chicago (Kenneth L. Gillis, Assistant State's Attorney, of counsel), for the People.